UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SILVIA DIAZ-ROA                                                                  Case No. 24-cv-02105-LJL

                                        Plaintiff,                                    **NOTICE OF MOTION**

        - against -

HERMES LAW, P.C., SYZYGY LEGAL TECH, INC.
d/b/a CLAIMDECK, DWAYNE HERMES, and
ANDREA HERMES,

                                        Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon all prior pleadings and proceedings herein, including the Amended Complaint, the Declaration of Andrea Hermes, the Declaration of Dwayne Hermes with the Exhibits annexed thereto, and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Lewis J. Liman, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 15C, on a date to be determined by the Court, for an Order: (a) pursuant to Rule 12(b)(1), F.R.Civ.P. and the Federal Arbitration Act § 3, referring Plaintiff's claims to arbitration and staying the instant matter for lack of subject matter jurisdiction in light of the parties' valid Arbitration Agreement, or, in the alternative, staying Plaintiff's sexual harassment claims under the New York State Human Rights Law and the New York City Human Rights Law pending completion of arbitration of all other claims against the movants; (b) pursuant to Rule 12(b)(2), dismissing the Amended Complaint in its entirety for lack of personal jurisdiction; (c) pursuant to Rule 12(b)(3), dismissing the Amended Complaint in its entirety for improper venue; (d) transferring the instant case to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a), § 1406(a), and the first-filed doctrine; or, in the alternative (e) pursuant to Rule 12(b)(6), dismissing

1

142865775.1

the Amended Complaint in its entirety for failure to state any claim upon which relief can be granted; (f) staying discovery pursuant to Rule 26(c) pending the instant motion; and (g) granting movants costs, fees and such other and further relief as is just and proper.

Dated: New York, New York
July 17, 2024

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:    /s/ Elior D. Shiloh, Esq
Elior D. Shiloh, Esq.
Joan B. Lopez, Esq.
Casey Katz Pearlman, Esq.
*Attorneys for Defendants*
77 Water Street, Suite 2100
New York, New York 10005
212-232-1300
Elior.Shiloh@lewisbrisbois.com
Joan.Lopez@lewisbrisbois.com
Casey.Pearlman@lewisbrisbois.com

142865775.1