UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SILVIA DIAZ-ROA,

                                                        Case No. 24-cv-02105-LJL

                            Plaintiff,

                -against-

HERMES LAW, P.C., SYZYGY LEGAL TECH,
INC. d/b/a CLAIMDECK, DWAYNE HERMES,
and ANDREA HERMES,

                            Defendants.
-----------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Defendants Hermes Law, P.C., Syzygy Legal Tech, Inc. d/b/a

ClaimDeck, Dwayne Hermes, and Andrea Hermes, in the above-named case appeal to the United

States Court of Appeals for the Second Circuit from the order entered on November 21, 2024 (Dkt.

No. 58), denying Defendants' motion to compel arbitration.

Dated:  New York, New York
           December 9, 2024

                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                      By:       /s/Elior D. Shiloh
                             Elior D. Shiloh
                             Joan B. Lopez
                             Casey Katz Pearlman
                             *Attorneys for Defendants-Appellants*
                             77 Water Street, Suite 2100
                             New York, New York 10005
                             (212) 232-1300
                             Elior.Shiloh@lewisbrisbois.com
                             Joan.Lopez@lewisbrisbois.com
                             Casey.Pearlman@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

       The undersigned certifies that she electronically filed, or caused to be electronically filed, the foregoing Notice of Appeal via the CM/ECF system for the Southern District of New York, thus sending the Notice of Appeal to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated: December 9, 2024

                                          /s/Joan B. Lopez
                                            Joan B. Lopez