

Joan B. Lopez
77 Water Street, Suite 2100
New York, New York 10005
Joan.Lopez@lewisbrisbois.com
Direct: 646.783.0985

December 10, 2024

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15C
New York, NY 10007

      Re:   *Diaz-Roa v. Hermes Law et al.*
             24-cv-2105

Dear Judge Liman:

    Our firm represents Defendants in the above-referenced matter. As Your Honor is aware, Defendants filed their Notice of Appeal on December 9, 2024, (Dkt. No. 59) with respect to the Court's order denying Defendants' motion to compel arbitration. (Dkt. No. 58)

    Under *Coinbase v. Bielski*, 599 U.S. 736, 738 (2023), the filing of an interlocutory appeal from a court's denial of a motion to compel arbitration results in an automatic stay of the district court's proceedings. The parties conferred and Plaintiff does not dispute that there is an automatic stay of the instant proceeding, including a stay of the current court deadlines,[1] while the interlocutory appeal is pending.

    We thank the Court for its time and attention to this matter.

---

[1] Pursuant to the Court's order denying Defendants' request to adjourn the Initial Pretrial Conference in light of Defendants' pending omnibus motion (Dkt. No. 54), the parties submitted their proposed Case Management Plan (Dkt. No. 55), which was not so-ordered by the Court. On November 1, 2024, after the parties' oral argument, the Court entered a text order staying discovery pending further order of the Court, with the exception of initial disclosures, which the parties have exchanged, and requests for production of documents and interrogatories under Rule 33.3(a) which are to be exchanged by December 13, 2024. In the November 21 decision, the Court, *inter alia*, lifted the discovery stay and provided Plaintiff an opportunity to amend her complaint no later than December 12, 2024.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
149793296.1

Hon. Lewis J. Liman
December 10, 2024
Page 2

                                              Respectfully submitted,

                                              *Joan B. Lopez*

                                              Joan B. Lopez of
                                              LEWIS BRISBOIS BISGAARD &
                                              SMITH LLP

JBL